IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 06/91 |
| ) | |
| v. ) | (JUDGE KANE) |
| ) | |
| KENNETH BRITTON aka "KB" ) | |
| aka "Kalgon," ) | |
| ) | |
| Defendant. ) | (ELECTRONICALLY FILED) |

INDICTMENT

FILED
HARRISBURG, PA
MAR 1 - 2006
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

THE GRAND JURY CHARGES:

COUNT I

Between in or about September 2002 through in or about October 2002 in Dauphin County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere the defendant,

**KENNETH BRITTON,** aka "KB" aka "Kalgon," knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided and obtained by any means a person, that is Juvenile #X, knowing that force, fraud and coercion would be used to cause Juvenile #X to engage in a commercial sex act and knowing that Juvenile #X had not attained the age of

eighteen years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT II

Between in or about September 2002 and in or about October 2002, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere the defendant,

**KENNETH BRITTON,** aka "KB" aka "Kalgon,"

knowingly transported and caused to be transported an individual, who was at the time under the age of 18 years, that is, Juvenile #X, in interstate commerce from Indianapolis, Indiana to Harrisburg, Pennsylvania with the intent that Juvenile #X engage in prostitution and in sexual activity under such circumstances as would constitute a criminal offense by any person under Title 18 Pa.C.S.A. §§3122.1 (statutory sexual assault) and 3125(8) (aggravated indecent assault).

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

Thomas A. Marino
THOMAS A. MARINO
UNITED STATES ATTORNEY